## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
**JOHN BORSCHEL**                                                        **BK. No. 18-13429-ref**
**AKA JOHN C BORSCHEL**
**AKA JOHN CLIFTON BORSCHEL**                               **Chapter No. 13**
**DBA ALLENTOWN CATERING**
                  **Debtor**

**WELLS FARGO BANK, N.A.**
                  **Movant**                               **11 U.S.C. §362**
           **v.**
**JOHN BORSCHEL**
**AKA JOHN C BORSCHEL**
**AKA JOHN CLIFTON BORSCHEL**
**DBA ALLENTOWN CATERING**
              **Respondent**

## ORDER MODIFYING §362 AUTOMATIC STAY

      **AND NOW**, upon Motion of **WELLS FARGO BANK, N.A.** (Movant), it is:

      **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 5080 CHAPMAN RD, OREFIELD, PA 18069 N/K/A 5080 CHAPMAN RD, ALLENTOWN, PA 18104(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

**Date: November 13, 2018**

_____
RICHARD E. FEHLING, BANKRUPTCY JUDGE

WILLIAM MILLER*R, ESQUIRE          JOHN BORSCHEL
(TRUSTEE)                                          1730 Blue Barn Road
2901 ST. LAWRENCE AVENUE,          Orefield, PA 18069
SUITE 100
READING, PA 19606

BARTON KNOCHENMUS,
ESQUIRE
105 E POPLAR ST
NANTICOKE, PA 18634-1119

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107